IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEROY SANDERS; STACY ASHCRAFT; JULEE PRATT;
DOROTHY BAILEY; JOHN BANKS; JAMES BENNETT; JASON
BOTTOMS; BARBARA BOTTOMS; RANDAL BRANNUM;
TREVA BRANNUM; JACK BRATTON; MARLENE BURKS;
LISA BURTON; WILLIAM CHANEY; BILLY CHASTEEN;
SHERRY CHASTEEN; KENNETH COOPERWOOD; GARRETT
W. DAVIS; LAKESHA DECKER; DAVID DEGRANDCHAMP;
DEBRA ANN DOZIER; LENORA DRIVER; MESHELL DUFFY;
RANDALL ELIGH; MARLENA R. ENGLISH; MARTEZ FREEMAN;
RANDAL FROLOS; TWYLA GLASS; DELMA GOODLOW; APRIL C.
HEFNER; DEBRA C. HOOFMAN; ANDREA M. HUHN; THOMAS M.
HYDE; ROGER JOHNSON; ANTONIO KING; JEFF S. LADD;
JAMES F. MARTIN; CAROL MCCOY; JAMAL MCCOY; AMY
MCDANIELS; JOHN B. MERIWEATHER; BRIAN MILLER; JERRI
ANN MILLER; LONNIE RAY MILLER; ZACK MITCHELL; AMBER L.
MOON; JENNIFER MORRIS; PRESTON M. MORRIS; MARCUS
MURRAY; ROBERT NEAL; BRENDA NEVELS; TERRY NEWNUN;
JON NICHOLSON; ANDRETTE D. PENN; CLAUDIA PEYWATER;
JESSICA POYNER; CHRIS PRUITT; CLAUDIA REYNOLDS; MARK
RUNIONS; WILLIAM SCRUGGS; FOSTER SIMS; BRYAN SMITH;
DIANE STACY; SCOTT STEPHENS; ANTWAN SULLIVAN; DOROTHY
THOMPSON; KRISTIE THRASHER; CHERYL WALKER; RAMONA
WALKER; WASZELL WATSON; DEBBIE WIGGINS; JIM WINNER;
BARBARA WOODARD AND BARBARA WREN                    PLAINTIFFS

v.                    NO. 4 08-CV-00222

KOHLER CO.                                           DEFENDANT

**PROOF OF SERVICE**

Come now the Plaintiffs, Leroy Sanders, Stacy Ashcraft, Julee Pratt, Dorothy Bailey, John

Banks, James Bennett, Jason Bottoms, Barbara Bottoms, Randal Brannum, Treva Brannum, Jack

Bratton, Marlene Burks, Lisa Burton, William Chaney, Billy Chasteen, Sherry Chasteen, Kenneth

Cooperwood, Garret W. Davis, Lakesha Decker, David Degrandchamp, Debra Ann Dozier, Lenora

1

Driver, Meshell Duffy, Randall Eligh, Marlena R. English, Martez Freeman, Randal Frolos, Twyla Glass, Delma Goodlow, April C. Hefner, Debra C. Hoofman, Andrea M. Huhn, Thomas M. Hyde, Roger Johnson, Antonio King, Jeff Scott Ladd, James F. Marting, Carol McCoy, Jamal McCoy, Amy McDaniels, John B. Meriweather, Brian Miller, Jerri Ann Miller, Lonnie Ray Miller, Zach Mitchell, Amber L. Moon, Jennifer Morris, Preston Morris, Marcus Murray, Robert Neal, Brenda Nevels, Terry Newnun, Jon Nicholson, Andrette D. Penn, Claudia Peywater, Jessica Poyner, Chris Pruitt, Claudia Reynolds, Mark Runions, William Scruggs, Foster Sims, Brian Smith, Diane Stacy, Scott Stephens, Antwan Sullivan, Dorothy Thompson, Kristie Thrasher, Cheryl Walker, Ramona Walker, Waszell Watson, Debbie Wiggins, Jim Winner, Barbara Woodard, and Barbara Wren, and for their Proof of Service, states:

    1.    Kohler Co. was served with a Complaint and Summons, via process service by return receipt reflected by the attachment hereto, according to the provisions of Rule 4 of the Arkansas Rules of Civil Procedure signed on the 21st day of March, 2008.

    Dated this 27th day of March, 2008.

                                             Respectfully submitted,

                                             Scott J. Lancaster #85087
                                             Tony L. Wilcox #93084
                                             Brandon W. Lacy #03098
                                             WILCOX LANCASTER & LACY, PLC
                                             601 S. Church St.
                                             Jonesboro, AR 72401

                                      By:   /s/ Brandon W. Lacy
                                                 Brandon W. Lacy #03098